# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID MICHAEL BANNING,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 85036

**FILED**

AUG 08 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se notice of appeal from a district court order denying a motion for amendment to the judgment of conviction. This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the order denying the motion on May 27, 2022. Appellant did not file the notice of appeal, however, until July 13, 2022, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

22-24714

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 1
David Michael Banning
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk